UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Scientific Image Center Management, Inc.
Lifestyle Lift Holding, Inc.** and **DMK
Medical, PLLC**,

      Plaintiffs,

v.

**Homaira N. Danish, M.D., Homaira
Nawroz Danish M.D., PLLC, Ann
Newbold Brin, and Alan J. Sussman &
Assoc., Inc.** d/b/a/ **Sussman/Sikes**,
**jointly and severally**,

      Defendants.

Case No. 06-11934
Hon. John Corbett O'Meara

---

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COUNT III AND REMANDING PLAINTIFFS' COUNTS I AND II

At a session of said Court held in the United States District Court, Eastern District of Michigan, Southern Division, on Thursday, June 1, 2006

PRESENT: Hon. John Corbett O'Meara

This matter having come before the Court on Defendants' Motion for Partial Dismissal of Plaintiffs' Complaint by Defendants Homaira N. Danish, M.D., Homaira Nawroz Danish M.D., P.L.L.C., and Alan J. Sussman Assoc., Inc, and the Court being otherwise informed in the premises:

IT IS ORDERED THAT:

    (a) Count III of Plaintiffs' Complaint is dismissed;

      (b) Counts I and II of Plaintiffs' Complaint are remanded to the Circuit Court for the County of Oakland, State of Michigan;

.

                              s/John Corbett O'Meara
                              John Corbett O'Meara
                              United States District Judge

Dated:  June 2, 2006